# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

KEVIN LEDYARD,

      Plaintiff,

vs.                                        CASE NO. 5:07cv201/RS/EMT

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 10).

Plaintiff has not filed objections.

**IT IS ORDERED**:

1.      The Magistrate Judge's Report and Recommendation is adopted and

        incorporated by reference in this Order.

2.      This case is dismissed without prejudice.

3.      The clerk is directed to close the file.


**ORDERED** on November 13, 2007.


                     /S/ Richard Smoak
                     **RICHARD SMOAK**
                     **UNITED STATES DISTRICT JUDGE**